UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------X

RECYCLED CONSTRUCTION MATERIALS, INC.,   Case No. 302CV211 SRU

        Plaintiff,

vs.

OHIO MACHINERY COMPANY,

        Defendant.

-------------------------------------------------------------X   November 26, 2003

### NOTICE OF APPEAL (INTERLOCUTORY)

1. Pursuant to F.R.A.P. 4(a)(1) the Plaintiff, RECYCLED CONSTRUCTION MATERIALS, INC., hereby gives notice and appeal appeals to the United States Court of Appeals for the Second Circuit from the following Judgement or Order: RULING ON DEFENDANT OHIO MACHINERY COMPANY'S MOTION FOR PREJUDGMENT REMEDY dated November 20, 2003 (copy attached)

2. The Judgment/Order in this action was entered on the 26th day of November, 2003.

        THE PLAINTIFF

        By: _____
        Mark Stern, Esq. (CT 01701)
        MARK STERN & ASSOCIATES, L.L.C.
        25 Ford Road, Second Floor
        Westport, CT 06880
        (203) 222-1211 FAX (203) 222-4833