STATUS CONFERENCE HELD
DATE: Nov. 25, 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
~~Courtroom #1, 4th Floor~~

November 25, 2003

12:00 p.m.

CASE NO. **3:02cv211**    **Recycled v Ohio Machinery Co.**

Douglas S. Skalka
Neubert, Pepe & Monteith
195 Church St.
13th Floor
New Haven, CT 06510-2026

Mark Stern
Mark Stern & Associates
16 River Street
Norwalk, CT 06850

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK