HONORABLE ~~Stefan~~ Underhill

TOTAL TIME: **1** hours **50** minutes  
DEPUTY CLERK **Montz**  RPTR/ERO/TAPE **Catucci**

DATE **12·5·03**   START TIME **2:05**   END TIME **3:55**  
LUNCH RECESS FROM _____ TO _____  
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02cv211 (SRU)**

**Recycled Constr**  
vs.  
**Ohio Machinery**

**Mark Stern**  
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Douglas Skalka**  
Defendants Counsel  
**Simon Allentuch**

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrg.) Motion Hearing  
☐ (contmphrg.) Contempt Hearing  
☐ (pchrg.) Probable Cause Hearing  
☑ (mischrg.) Miscellaneous Hearing  

☐ (confmhrg.) Confirmation Hearing  
☐ (evidhrg.) Evidentiary Hearing  
☐ (fairhrg.) Fairness Hearing  

☐ (showhrg.) Show Cause Hearing  
☐ (jgmdbexam.) Judgment Debtor Exam  
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ #___ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ #___ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ #___ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ #___ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ #___ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ #___ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ #___ | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | Oral Motion _____ | ☐ | ☐ | ☐ |
| ☐ | Oral Motion _____ | ☐ | ☐ | ☐ |
| ☐ | Oral Motion _____ | ☐ | ☐ | ☐ |
| ☐ | Oral Motion _____ | ☐ | ☐ | ☐ |

☐ Brief(s) due ____  ☐ Proposed Findings due ____   Response due ____

☑ Appearance of Simon Allentuch nunc pro tunc 4·02·03

☐ filed ☐ docketed  
☑ filed ☐ docketed  
☐ filed ☐ docketed  
(additional filed/docketed checkboxes)

Hearing continued until _____ at _____