UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECYCLED CONSTRUCTION      :
MATERIALS, INC.            :     Civil Action No.: 3:02 cv 211 (SRU)
                           :
v.                         :
                           :
OHIO MACHINERY COMPANY     :

## ORDER GRANTING PREJUDGMENT REMEDY AFTER HEARING

WHEREAS, a motion has been made by Ohio Machinery Company ("OMC") in the above-entitled action for a prejudgment remedy to replevy the goods or estate of Recycled Construction Materials, Inc. ("RCM").

WHEREAS, after a hearing held pursuant to C.G.S. Section 52-278, et seq., it is found that there is probable cause to sustain the validity of the claim of OMC.

NOW, THEREFORE, it is hereby ordered that OMC may replevy a certain IROCK RDS-25 Crushing Plant, bearing serial Number 100090 and Stock Number P1471, equipped with 52 inch by 17 foot vibrating Grizzly Feeder, IROCK 4056 horizontal shaft impact crusher, Cat 3406 diesel engine, 5 foot by 16 foot two deck screen, automag system primary chassis and screen chassis with electric control panel, the location of which shall be disclosed to OMC by RCM within 96 hours hereof.

Dated at Bridgeport, Connecticut this 5th day of December, 2003. at 3:04 p.m.

BY THE COURT

Stefan R. Underhill
United States District Judge