# MARK STERN & ASSOCIATES, L.L.C.

*ATTORNEYS AND COUNSELORS AT LAW*

*Law Offices at River Street*

16 RIVER STREET
NORWALK, CT 06850

FILED

2003 DEC -5 P 3: 27

FACSIMILE (203) 853-6888

TELEPHONE (203) 853-3888

EXTENSION: 201

E-MAIL ADDRESS
mark.stern@snet.net

NEW YORK OFFICE
PMB #1036
230 PARK AVE. - SUITE 1000
NEW YORK, NEW YORK 10169
(212) 447-1122

November 26, 2003

**VIA FACSIMILE**
Hon. Stefan R. Underhill
United States District Court
915 Lafayette Street
Bridgeport, CT 06604

RE:  RCM, Inc. vs. Ohio Machinery
     USDC Case No. Case No. 302CV211 SRU

Dear Judge Underhill:

This past week Mr. Allentuch again, notwithstanding my prior objection, and for the fifth time in this case made inappropriate and inaccurate ex parte communications directly with your chambers in order to unduly influence the Court and to accelerate his client's rights in this case. During this communication, which may have included disclosures made in the furtherance of settlement discussions, Mr. Allentuch apparently represented to the court that I had somehow agreed and would be available for a telephone conference on Tuesday at 12:00 noon. Upon my office learning of the proposed conference they notified your chambers. Unfortunately I was scheduled out of my office at a complicated closing which lasted until early afternoon.

While we understand that the Court encourages informal resolution of various issues through conferences, use of magistrates and other means, our client has consistently been disadvantaged by Mr. Allentuch's abusive tactics. I point out that Mr. Allentuch has not even filed an appearance in this matter as required by the rules and is not of record in this case. We therefore respectfully decline to participate in any future, off the record, unscheduled telephone conferences which substantially effect our client's rights, without the appropriate prior due process protections of our client, including prior appropriate notice as to time and subject matter and the ability to make and preserve a record.

NEW YORK    *    CALIFORNIA    *    CONNECTICUT

Hon. Stefan R. Underhill
November 26, 2003
Page Two

===========================

    With regard to your decision of November 20, 2003, as of this point the Court has ruled and we have appealed this ruling. Our Notice of Appeal is being filed with the Court this morning. We have had discussions with the Clerk of the Court as the decision has not yet been docketed, which inhibits both appeal and enforcement. I understand that the clerk will be docketing your decision so that our appeal may be file today. Our client will be seeking interim relief from the ruling, including a stay of enforcement, from the Second Circuit panel on a timely and appropriate basis. We would hope that any further order entered will contain the appropriate stay so that we may properly petition for the relief requested.

    Thank you for your consideration with regard to this matter.

Very truly yours,

MARK STERN, Esq.

cc: Douglas Skalka,, Esq.
    Jay Parisi

NEW YORK     *     CALIFORNIA     *     CONNECTICUT