# NEUBERT, PEPE & MONTEITH, P.C.
## Attorneys At Law

FILED

2003 DEC -5 P 3: 27

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone (203) 821-2000
Facsimile (203) 821-2009

Michael D. Neubert
Gregory J. Pepe
Deborah Monteith Neubert
Douglas S. Skalka
Judy K. Weinstein
Peter T. Fay
Andrew R. Lubin
Robert T. Gradoville

Teresa J. Reichert
Nancy Bohan Kinsella
Eric J. Stockman
Kevin M. Godbout
Simon I. Allentuch
James A. Lenes
Gretchen L. Grosick
Nancy A. Meehan

Linda M. Relechacz

Of Counsel:
Maureen Sullivan Dinnan
Sonja Goldstein
Cameron C. Staples

Eric I. B. Beller (1950-2002)

30 Jelliff Lane
Southport, Connecticut 06490
Telephone (203) 254-9332
Facsimile (203) 254-9239

*Reply to P.O. Box*
*www.npmlaw.com*

November 26, 2003

<u>Via Facsimile</u>
Honorable Stephan R. Underhill
United States District Court Judge
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Re: <u>Recycled Construction Material, Inc. v.
Ohio Machinery Co. (Civil Action No. 3:02cv211 (SRU)</u>

Dear Judge Underhill:

We represent the defendant, Ohio Machinery Co. ("OMC") in the above referenced matter and are writing in response to plaintiff's letter dated this date. We have not had any ex parte communications with your Honor. We contacted your clerk to schedule a conference with your Honor and plaintiff's counsel. At that time, your Honor's clerk and I attempted to contact Attorney Stern together to determine if he was available. I left him a voice mail message. I left Attorney Stern a second message and notified him of the conference in two separate letters. At no time did I, or anyone in this Firm, represent to the Court that Mr. Stern was available for the conference nor were there any discussions concerning settlement.

The defendant has sent numerous letters to Attorney Stern and attempted to contact his office so that we can ascertain and replevy the Rock Crusher at issue in compliance with your Honor's Ruling. I submit that this is the real issue here and, understandably, an issue of significant concern to OMC.

# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

Honorable Stefan R. Underhill
United States District Court Judge
November 26, 2003
Page 2

      With respect to the appearance issue, enclosed is a file stamped appearance with my signature dated April 1, 2002 and a certification of service. I look forward to speaking with your Honor on Monday so that we can bring some resolution to these matters.

                              Respectfully submitted,

                              Simon I. Allentuch (ct21094)

Enclosure

cc:    Mark Stern, Esq. (Counsel for plaintiff)
       Douglas S. Skalka, Esq.
       Charles Zellmer, Esq.
       Daniel McManamon

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECYCLED CONSTRUCTION
MATERIALS, INC.

Civil Action No.: 3:02 cv 211 (SRU)

v.

OHIO MACHINERY COMPANY

April 1, 2002

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant Ohio Machinery Company.

Douglas S. Skalka (CT 00616)
Simon I. Allentuch (CT 21094)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Phone: 202-821-2000

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, on April 1, 2002 the following:

Mark Stern, Esq.
Mark Stern & Associates, LLC
25 Ford Road, Second Floor
Westport, CT 06880

By: _____
Simon I. Allentuch (CT 21094)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No. (203) 821-2000