UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Follow-up Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

December 15, 2003

4:30 p.m.

*Held 4 hours*

---

CASE NO. **3:02cv211 (SRU)**     **RCM, Inc., vs. Ohio Machinery**

Simon I. Allentuch
Neubert, Pepe & Monteith
195 Church St.
13th Floor
New Haven, CT 06510-2026


Douglas S. Skalka
Neubert, Pepe & Monteith
195 Church St.
13th Floor
New Haven, CT 06510-2026


Mark Stern
Mark Stern & Associates
16 River Street
Norwalk, CT 06850

* ATTORNEYS TO SUBMIT EX PARTE SUPPLEMENTAL INFO TO JUDGE GARFINKEL.
            THANKS.

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK