UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RECYCLED CONSTRUCTION | : | |
| MATERIALS, INC. | : | CIVIL ACTION |
| | : | NO. 3:02 CV 211 (SRU) |
| v. | : | |
| | : | |
| OHIO MACHINERY COMPANY | : | |

## ORDER

WHEREAS, an Order of Replevin was previously issued permitting Ohio Machinery Company ("OMC") to replevy a certain IROCK 250 Crushing Plant, bearing Serial Number 100090 and Stock Number P1471 (the "Rock Crusher") from plaintiff Recycled Construction Materials, Inc. ("RCM"); and

WHEREAS, the Court has previously requested that OMC forbear from executing on the Order of Replevin until December 19, 2003, in order to permit the Second Circuit Court of Appeals time to rule upon RCM's Motion for Stay Pending Appeal; and

WHEREAS, the Second Circuit Court of Appeals has denied RCM's Motion for Stay Pending Appeal; and

WHEREAS, the Court has previously ordered RCM to provide the location of the Rock Crusher to OMC.

NOW, THEREFORE, it is hereby ordered that OMC may immediately replevy the Rock Crusher. It is further ordered that RCM shall immediately provide OMC with the location of the Rock Crusher in the event that the current location differs from the location previously disclosed to OMC's counsel. Counsel for OMC is directed to serve this Order by mail and facsimile on RCM upon receipt.

It is so ordered.

Dated this 18th day of December 2003 at Bridgeport, Connecticut.

                    /s/ Stefan R. Underhill
                    Stefan R. Underhill
                    United States District Judge