UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RECYCLED CONSTRUCTION MATERIALS, INC. | : | Civil Action No.: 3:02 cv 211 (SRU) |
| v. | : | |
| OHIO MACHINERY COMPANY | : | December 30, 2003 |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendant Ohio Machinery Company.

_____
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Phone: 202-821-2000

## CERTIFICATION

This is to certify that a copy of the foregoing was sent, via U.S. Mail, postage prepaid, on December 30, 2003 the following:

Mark Stern, Esq.
Mark Stern & Associates, LLC
16 River Street
Norwalk, CT 06850

By: _____
James A. Lenes (CT 10408)
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Telephone No. (203) 821-2000