## NEUBERT, PEPE & MONTEITH, P.C.

Attorneys At Law

| | | |
|---|---|---|
| Michael D. Neubert | Teresa J. Reichert | Linda M. Pelechacz |
| Gregory J. Pepe | Nancy Bohan Kinsella | |
| Deborah Monteith Neubert | Eric J. Stockman | Of Counsel: |
| Douglas S. Skalka | Kevin M. Godbout | Maureen Sullivan Dinnan |
| Judy K. Weinstein | Simon I. Allentuch | Sonja Goldstein |
| Peter T. Fay | James A. Lenes | Cameron C. Staples |
| Andrew R. Lubin | Gretchen L. Grosick | |
| Robert T. Gradoville | Nancy A. Meehan | Eric I. B. Beller (1950-2002) |

FILED
2004 JAN -6 A 9:57
US DISTRICT COURT
BRIDGEPORT CT

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone (203) 821-2000
Facsimile (203) 821-2009

30 Jelliff Lane
Southport, Connecticut 06490
Telephone (203) 254-9332
Facsimile (203) 254-9239

*Reply to P.O. Box*
*www.npmlaw.com*

02CV211LTR

December 17, 2003

Honorable Stephan R. Underhill
United States District Court Judge
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

FILED 2004 JAN 12 A 11:20 US DISTRICT COURT BRIDGEPORT CT

Re:   Recycled Construction Material, Inc. v.
      **Ohio Machinery Co. (Civil Action No. 3:02cv211 (SRU)**

Dear Judge Underhill:

We represent the defendant, Ohio Machinery Co. ("OMC") in the above referenced matter and are writing concerning the Court's December 9, 2003 Order directing the parties to appear at a Trial Calendar Call on January 20, 2004. We respectfully request that the Court remove this case from the Trial Calendar Call because there is a pending motion for summary judgment (docket number 22, 24 – 27, docketed on February 27, 2003) which defendant respectfully submits may resolve the vast majority of the claims in this case. Defendant respectfully submits that there may be no need for a trial calendar call because there may be no need for a trial.

In the alternative, the defendant requests that the Court issue a new deadline for the parties to submit a trial memorandum, as contemplated by the standing order of this Court and the Court's December 9, 2003 Order. Because of the pendency of the motions for prejudgment remedy and summary judgment as well as the extension of

---

*[Left margin handwritten order:]* Trial calendar call is scheduled

*[Bottom margin handwritten order:]* GRANTED. The parties have until March 17, 2004 to submit their joint pretrial memorandum. Trial calendar call is scheduled for March 24, 2004 at 10:00 a.m. So ordered.

Stephen R. Underhill
United States District Judge
01/09/04