# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: __December 12, 2003__         TO:    Intake Clerk    FILED

                                    FROM:  CASSANDRA WARREN (203)579-5759
                                                    2003 DEC 19 P 12: 56

**CASE TITLE:**    RECYCLED CONSTRUCTION MATERIALS, INC. VS. OHIO
                   MACHINERY COMPANY

**DOCKET NO.:**    3:02CV211-WWE

**NOTICE OF APPEAL:**  filed: November 26, 2003

**APPEAL FROM:**   final judgment: __

                   interlocutory: __YES__

                   other: __

**DOCKET SHEET:**  Attorney, updated address & phone number for each party __Y__

                   All parties are listed on Docket Sheet
                   (Including Third Parties) __Y__

                   All docket entries and dates are included __Y__

**FEE STATUS:**    Paid __✓__    Due _____    N/A _____

                   IFP revoked _____    Application Attached _____

                   IFP pending before district judge _____

**COUNSEL:**       CJA _____    Retained __✓__    Pro Se _____

**TIME STATUS:**   Timely __✓__    Out of Time _____

**MOTION FOR
EXTENSION OF TIME:** Granted _____    Denied _____

**COA:**           Granted _____    Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Wader_    DATE: 12/16/03
        DEPUTY CLERK, USCA