NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

Michael D. Neubert
Gregory J. Pepe
Deborah Monteith Neubert
Douglas S. Skalka
Judy K. Weinstein
Peter T. Fay
Andrew R. Lubin
Robert T. Gradoville

Teresa J. Reichert
Nancy Bohan Kinsella
Eric J. Stockman
Kevin M. Godbout
Simon I. Allentuch
James A. Lenes
Gretchen L. Grosick
Nancy A. Meehan

Linda M. Pelechacz

Of Counsel:
Maureen Sullivan Dinnan
Sonja Goldstein
Cameron C. Staples

Eric I. B. Beller (1950-2002)

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone (203) 821-2000
Facsimile (203) 821-2009

30 Jelliff Lane
Southport, Connecticut 06490
Telephone (203) 254-9332
Facsimile (203) 254-9239

*Reply to P.O. Box*
*www.npmlaw.com*

FILED
2004 JAN 29 P 3:37

January 28, 2004

Via Facsimile and Mail
Honorable Stefan R. Underhill
United States District Court Judge
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

**Re: Recycled Construction Material, Inc. v. Ohio Machinery Co. (Civil Action No. 3:02cv211 (SRU)**

Dear Judge Underhill:

We represent the defendant, Ohio Machinery Co. ("OMC") in the above referenced matter and are writing concerning Judge Schiff's decision to lift the bankruptcy stay concerning the above referenced action and defendant's continued efforts to replevy the Rock Crusher at issue in this case. A copy of Judge Schiff's Order is enclosed. As you Honor may recall, the Court has previously issued several orders permitting defendant to replevy the Rock Crusher.

The Court has also issued orders in the past directing plaintiff to disclose the location of the Rock Crusher. However, it is not clear that plaintiff is compelled to do so today. We have written plaintiff's counsel and requested that plaintiff disclose the location of the Rock Crusher but have not been favored with a reply. We have also attempted to contact plaintiff's counsel telephonically without success.

NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

Honorable Stefan R. Underhill
United States District Court Judge
January 28, 2004
Page 2

We therefore respectfully request that the Court direct plaintiff to immediately disclose the location of the Rock Crusher to defendant's counsel. A proposed Order consistent with this request is enclosed.

Respectfully submitted,

Simon I. Allentuch (ct21094)

Enclosures

cc: Mark Stern, Esq. (Counsel for plaintiff)
Douglas S. Skalka, Esq.
Charles Zellmer, Esq.
Daniel McManamon

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

In re: RECYCLED CONSTRUCTION MATERIALS, INC.,
Debtor.

Case No. 03-51668

Chapter 11

OHIO MACHINERY COMPANY,
Movant,

v.

RECYCLED CONSTRUCTION MATERIALS, INC.,
Respondent.

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The foregoing Motion for Relief from Stay having been heard, it is hereby GRANTED and it is,

ORDERED: That the stay imposed by Section 362 is hereby modified to allow Ohio Machinery Company to:

1) continue its prosecution of its replevin claim in the United States District Court for the District of Connecticut (the "District Court") in the action known as Recycled Construction Materials, Inc. v. Ohio Machinery Company, bearing Civil Action Number 3:02cv211 (SRU) (the "District Court Action"); and,

2) execute upon the Order of District Court in the District Court Action to replevy a certain IROCK 250 Crushing Plant from the debtor Recycled Construction Materials, Inc.

[signature] USBJ
1-27-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RECYCLED CONSTRUCTION MATERIALS, INC. | : | Civil Action No.: 3:02 cv 211 (SRU) |
| v. | : | |
| OHIO MACHINERY COMPANY | : | |

**ORDER**

WHEREAS, an Order or Replevin was previously issued permitting Ohio Machinery Company ("OMC") to replevy a certain IROCK RDS-25 Crushing Plant, bearing serial Number 100090 and Stock Number P1471 (the "Rock Crusher") from plaintiff Recycled Construction Materials, Inc. ("RCM"); and

WHEREAS, the defendant filed for Chapter 11 bankruptcy;

WHEREAS, the Bankruptcy Court has issued an Order dated January 27, 2004 dissolving the bankruptcy stay concerning this case and permitting OMC to replevy the Rock Crusher; and

WHEREAS, the Court has previously ordered RCM to provide the location of the Rock Crusher to OMC.

NOW, THEREFORE, it is hereby ordered that RCM shall immediately provide OMC with the location of the Rock Crusher and immediately inform plaintiff's counsel if the location of the Rock Crusher changes before it is replevied. Counsel for OMC is directed to serve this

Order by mail and facsimile on RCM's counsel upon receipt.

Dated at Bridgeport, Connecticut this _____ day of _____________, 2004.

BY THE COURT

______________________________
Stefan R. Underhill
United States District Judge