FILED

UNITED STATES DISTRICT COURT   2004 JAN 29   P 3: 37
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RECYCLED CONSTRUCTION MATERIALS, INC. | : <br> : Civil Action No.: 3:02 cv 211 (SRU) <br> : |
| v. | : <br> : |
| OHIO MACHINERY COMPANY | : |

## ORDER

WHEREAS, an Order or Replevin was previously issued permitting Ohio Machinery Company ("OMC") to replevy a certain IROCK RDS-25 Crushing Plant, bearing serial Number 100090 and Stock Number P1471 (the "Rock Crusher") from plaintiff Recycled Construction Materials, Inc. ("RCM"); and

WHEREAS, the defendant filed for Chapter 11 bankruptcy;

WHEREAS, the Bankruptcy Court has issued an Order dated January 27, 2004 dissolving the bankruptcy stay concerning this case and permitting OMC to replevy the Rock Crusher; and

WHEREAS, the Court has previously ordered RCM to provide the location of the Rock Crusher to OMC.

NOW, THEREFORE, it is hereby ordered that RCM shall immediately provide OMC with the location of the Rock Crusher and immediately inform plaintiff's counsel if the location of the Rock Crusher changes before it is replevied. Counsel for OMC is directed to serve this

Order by mail and facsimile on RCM's counsel upon receipt.

Dated at Bridgeport, Connecticut this 29th day of January, 2004.

BY THE COURT

Stefan R. Underhill
United States District Judge