# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

| | | |
|---|---|---|
| Michael D. Neubert | Teresa J. Reichert | |
| Gregory J. Pepe | Nancy Bohan Kinsella | |
| Deborah Monteith Neubert | Eric J. Stockman | |
| Douglas S. Skalka | Kevin M. Godbout | Of Counsel: |
| Judy K. Weinstein | Simon I. Allentuch | Sonja Goldstein |
| Peter T. Fay | James A. Lenes | Cameron C. Staples |
| Andrew R. Lubin | Maureen Sullivan Dinnan | |
| Robert T. Gradoville | Gretchen L. Grosick | Eric I. B. Beller (1950-2002) |

FILED
2004 MAR -3 P 5: 15
US DISTRICT COURT
BRIDGEPORT CT

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone (203) 821-2000
Facsimile (203) 821-2009

30 Jelliff Lane
Southport, Connecticut 06490
Telephone (203) 254-9332
Facsimile (203) 254-9239

*Reply to P.O. Box*
*www.npmlaw.com*

February 24, 2004

Honorable Stefan R. Underhill
United States District Court Judge
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

> Re: **Recycled Construction Material, Inc. v.
> Ohio Machinery Co. (Civil Action No. 3:02cv211 (SRU)**

Dear Judge Underhill:

We represent the defendant, Ohio Machinery Co. ("OMC") in the above referenced matter and are writing concerning the Court's January 9, 2004 memo endorsement of defendant's prior letter request. In the January 9, 2004 endorsement, the Court set a deadline to submit a Trial Memorandum and a trial Calendar Call date for the case. We respectfully request that the Court remove this case from the Trial Calendar Call and modify the due date for the Pretrial Memorandum because there is a pending Motion for Summary Judgment (docket number 22, 24 – 27, docketed on February 27, 2003) directed at all of the plaintiff's claims. Defendant respectfully submits that this Motion may resolve all of the plaintiff's claims in this case and could have a material affect on the trial. For example, if the Court were to determine that defendant owns the Rock Crusher at issue, consistent with its prior decisions, all of the remaining claims would be materially affected.

# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

Honorable Stefan R. Underhill
United States District Court Judge
February 24, 2004
Page 2

Thank you in advance for your consideration.

Respectfully submitted,

Simon I. Allentuch (ct21094)

cc:  Mark Stern, Esq. (Counsel for plaintiff)
     Douglas S. Skalka, Esq.
     Charles Zellmer, Esq.
     Daniel McManamon