# NEUBERT, PEPE & MONTEITH, P.C.
### Attorneys At Law

Michael D. Neubert
Gregory J. Pepe
Deborah Monteith Neubert
Douglas S. Skalka
Judy K. Weinstein
Peter T. Fay
Andrew R. Lubin
Robert T. Gradoville

Teresa J. Reichert
Nancy Bohan Kinsella
Eric J. Stockman
Kevin M. Godbout
Simon I. Allentuch
James A. Lenes
Maureen Sullivan Dinnan
Gretchen L. Grosick

Of Counsel:
Sonja Goldstein
Cameron C. Staples

Eric I. B. Beller (1950-2002)

195 Church Street, 13th Floor
P.O. Box 1940
New Haven, Connecticut 06509-1940
Telephone (203) 821-2000
Facsimile (203) 821-2009

30 Jelliff Lane
Southport, Connecticut 06490
Telephone (203) 254-9332
Facsimile (203) 254-9239

*Reply to P.O. Box*
*www.npmlaw.com*

FILED
2004 MAR -3 P 5: 15
US DISTRICT COURT
BRIDGEPORT CT

February 24, 2004

Honorable Stefan R. Underhill
United States District Court Judge
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

    Re:    **Recycled Construction Material, Inc. v.**
              **Ohio Machinery Co. (Civil Action No. 3:02cv211 (SRU)**

Dear Judge Underhill:

    We represent the defendant, Ohio Machinery Co. ("OMC") in the above referenced matter and are writing concerning the Court's January 9, 2004 memo endorsement of defendant's prior letter request. In the January 9, 2004 endorsement, the Court set a deadline to submit a Trial Memorandum and a trial Calendar Call date for the case. We respectfully request that the Court remove this case from the Trial Calendar Call and modify the due date for the Pretrial Memorandum because there is a pending Motion for Summary Judgment (docket number 22, 24 – 27, docketed on February 27, 2003) directed at all of the plaintiff's claims. Defendant respectfully submits that this Motion may resolve all of the plaintiff's claims in this case and could have a material affect on the trial. For example, if the Court were to determine that defendant owns the Rock Crusher at issue, consistent with its prior decisions, all of the remaining claims would be materially affected.

[Handwritten margin note: Treating this letter as a motion to extend time, it is granted in part and denied in part. The deadline for submission of the trial memo is suspended; counsel shall nevertheless attend the calendar call and pick a date for trial. Future requests for extension of time should be made by motion and in compliance with the Local Rules.
3/2/04   SO ORDERED.
FILED 2004 MAR -3 P 5:15]

# NEUBERT, PEPE & MONTEITH, P.C.
Attorneys At Law

Honorable Stefan R. Underhill
United States District Court Judge
February 24, 2004
Page 2

Thank you in advance for your consideration.

Respectfully submitted,

Simon I. Allentuch (ct21094)

cc: Mark Stern, Esq. (Counsel for plaintiff)
Douglas S. Skalka, Esq.
Charles Zellmer, Esq.
Daniel McManamon