# BLEAKLEY PLATT & SCHMIDT, LLP

SIXTY-SIX FIELD POINT ROAD
GREENWICH, CT 06830-6473
(203) 661-5222
FACSIMILE (203) 661-1197

**FILED**

2004 MAR 26  A 9: 29

U.S. DISTRICT COURT
BRIDGEPORT, CONN

NEW YORK OFFICE
ONE NORTH LEXINGTON AVENUE
P.O. BOX 5056
WHITE PLAINS, NY 10602-5056
(914) 949-2700
FACSIMILE (914) 683-6956

E-Mail: info@bpslaw.com
INTERNET: www.bpslaw.com

DIRECT E-MAIL: mstern@bpslaw.com

March 25, 2004

*VIA FACSIMILE*
Hon. Stefan R. Underhill
United States District Court
915 Lafayette Street
Bridgeport, CT 06604

RE: RCM, Inc. vs. Ohio Machinery
USDC Case No. Case No. 302CV211 SRU

Dear Judge Underhill:

Our client was most disappointed a the second postponement of the pretrial conference in this case. It appears that your clerk was contacted by Defendant as to the order entered in the bankruptcy proceedings. This was again done on an ex parte basis without any input or explanation by counsel for Plaintiff.

We respectfully disagree with the need to postpone the pre-trial for any given length of time. There are two possible avenues here. Either the Chapter 7 trustee will believe the case has merit and value and will seek to continue with it. It would be in the best interest of the estate to have a prompt trial. The other alternative is that the Chapter 7 trustee will not believe the case has merit and will abandon it, in which case it is Mr. Parisi's intention to continue with it. In either case, the case will go to trial. In the current instance, the Defendant has again been successful in delaying the facts going before a jury and resolving the matter to the prejudice of the Plaintiff. I would hope that the Court will not wait until May to conference this case to get it back on track.

Very truly yours,

MARK STERN, Esq.

:sm
cc: Douglas Skalka
    Roberta Napolitano