FILED

2004 APR 12 A 9:28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RECYCLED CONSTRUCTION MATERIALS, INC., : | |
| Plaintiff, : | Civil Action No.: 3:02 cv 211 (SRU) |
| v. : | April 8, 2004 |
| OHIO MACHINERY COMPANY, : | |
| Defendant. : | |

MOTION TO EXTEND TIME TO SUBMIT PRE-TRIAL MEMORANDUM

Ohio Machinery Company (the "Defendant"), by its counsel, Neubert, Pepe & Monteith, P.C., respectfully requests that the Court extend the parties' time to submit a pre-trial memorandum in this matter up to and including June 15, 2004.

In support of this request, Defendant represents that plaintiff filed for Chapter 11 bankruptcy relief on December 18, 2003 and that the plaintiff's bankruptcy case was recently converted to a Chapter 7 liquidation proceeding on March 23, 2004. A copy of Judge Shiff's order has previously been submitted to the Court. Defendant's counsel has contacted the newly appointed Chapter 7 Trustee, Roberta Napolitano, and discussed the impending April 23, 2004 deadline for filing a pre-trial memorandum in this matter. We have been advised by the Trustee that she is currently evaluating the merits and posture of this case and she does not object to Defendant's request for an extension. Once the Trustee has completed her evaluation and selected counsel, in the event the case has not been resolved, the parties can work collaboratively

**Oral Argument Not Requested**

to prepare the pre-trial Memorandum. Defendant's counsel contacted attorney Mark Stern, counsel of record for the plaintiff, and he has no objection to this motion. This is the third request for an extension of this deadline.

                                    THE DEFENDANT
                                    OHIO MACHINERY COMPANY

                                    By: _____
                                    Douglas S. Skalka (ct 006160)
                                    Simon I Allentuch (Fed Bar No. ct 21094)
                                    Neubert, Pepe, & Monteith, P.C.
                                    195 Church Street, 13th Floor
                                    New Haven, Connecticut 06510
                                    (203) 821-2000

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, via the United States Postal Service, on April 8, 2004 to the following:

Roberta Napolitano, Esq.
Chapter 7 Trustee
Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Mark Stern, Esq.
Bleakley Platt & Schmidt LLP
66 Field Point Road
Greenwich, Connecticut 06830

_____
Simon I. Allentuch