#86

FILED

2004 APR 12 A 9:28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECYCLED CONSTRUCTION
MATERIALS, INC.,

      Plaintiff,

v.

OHIO MACHINERY COMPANY,

      Defendant.

Civil Action No.: 3:02 cv 211 (SRU)

April 8, 2004

FILED
2004 APR 21 P 4:17
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION TO EXTEND TIME TO SUBMIT PRE-TRIAL MEMORANDUM

Ohio Machinery Company (the "Defendant"), by its counsel, Neubert, Pepe & Monteith, P.C., respectfully requests that the Court extend the parties' time to submit a pre-trial memorandum in this matter up to and including June 15, 2004.

In support of this request, Defendant represents that plaintiff filed for Chapter 11 bankruptcy relief on December 18, 2003 and that the plaintiff's bankruptcy case was recently converted to a Chapter 7 liquidation proceeding on March 23, 2004. A copy of Judge Shiff's order has previously been submitted to the Court. Defendant's counsel has contacted the newly appointed Chapter 7 Trustee, Roberta Napolitano, and discussed the impending April 23, 2004 deadline for filing a pre-trial memorandum in this matter. We have been advised by the Trustee that she is currently evaluating the merits and posture of this case and she does not object to Defendant's request for an extension. Once the Trustee has completed her evaluation and selected counsel, in the event the case has not been resolved, the parties can work collaboratively

**Oral Argument Not Requested**

---

Handwritten annotation (margin): "Granted. Counsel shall attend a calendar call on June 11, 2004 and shall file their joint pretrial memorandum by June 15, 2004. So ordered. /s/ 4/20/04"