FILED

2004 JUN -7  P 2: 04

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RECYCLED CONSTRUCTION MATERIALS, INC., | : |
| Plaintiff, | : Civil Action No.: 3:02 cv 211 (SRU) |
| v. | : June 4, 2004 |
| OHIO MACHINERY COMPANY, | : |
| Defendant. | : |

**MOTION TO EXTEND TIME TO SUBMIT JOINT TRIAL MEMORANDUM**

Ohio Machinery Company (the "Defendant"), by its counsel, Neubert, Pepe & Monteith, P.C., respectfully requests that the Court extend the parties' time to submit a Joint Trial Memorandum and the date of the calendar call in this matter up to and including August 18, 2004.

In support of this request, Defendant represents that plaintiff filed for Chapter 11 bankruptcy relief on December 18, 2003 and that the plaintiff's bankruptcy case was converted to a Chapter 7 liquidation proceeding on March 23, 2004. A copy of Judge Schiff's order has previously been submitted to the Court. Roberta Napolitano was appointed as the bankruptcy trustee by the Bankruptcy Court.

In April, Recycled Construction Materials, Inc. moved to dismiss its bankruptcy proceedings. On May 25, 2004, Judge Shiff issued an Order denying this motion. Because of this pending motion and the ambiguity as to plaintiff's status, it was unclear who had control of the plaintiff's claim and who would represent the plaintiff going forward. As a result of Judge

**Oral Argument Not Requested**

Shiff's ruling, it is now clear that the plaintiff's claim in this matter is the property of the bankruptcy estate under 11 U.S.C. § 541 and that the Trustee has the authority to pursue and administer the claim for the benefit of the bankruptcy estate. To date, however, the Trustee has not retained counsel. Moreover, the Trustee has advised the undersigned that she will be out of the country during the week of June 7th and will not return before the Joint Trial Memorandum and the Calendar Call in this matter. The Trustee has consented to defendant's application for a further extension of the deadlines for the Joint Trial Memorandum and the Calendar Call. Finally, the defendant filed a summary judgment motion in February, 2003. A decision on this motion could, if granted, dispose of substantially all the claims in this case and obviate the need for a trial.

Defendant therefore respectfully requests that the Court extend the due date of Trial Management Memo and Calendar Call to August 18, 2004.

This is the fourth request for an extension of this deadline.

> THE DEFENDANT
> OHIO MACHINERY COMPANY
>
> By: _____
> Douglas S. Skalka (ct 006160)
> Simon I Allentuch (Fed Bar No. ct 21094)
> Neubert, Pepe, & Monteith, P.C.
> 195 Church Street, 13th Floor
> New Haven, Connecticut 06510
> (203) 821-2000

## CERTIFICATION

      I hereby certify that a copy of the foregoing was sent by first class mail, via the United States Postal Service, on June 4, 2004 to the following:

Roberta Napolitano, Esq.
Chapter 7 Trustee
Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Mark Stern, Esq.
Bleakley Platt & Schmidt LLP
66 Field Point Road
Greenwich, Connecticut 06830

                                                    Simon I. Allentuch