UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

RECYCLED CONSTRUCTION MATERIALS, INC.,   Case No. 302CV211 SRU

       Plaintiff,

vs.

OHIO MACHINERY COMPANY

       Defendant.

-----------------------------------------------------------------X   June 7, 2004

## OBJECTION TO MOTION TO EXTEND TIME TO SUBMIT JOINT TRIAL MEMORANDUM

The Plaintiff, RECYCLED CONSTRUCTION MATERIALS, INC., hereby objects to Defendant's motion TO EXTEND TIME TO SUBMIT JOINT TRIAL MEMORANDUM as follows:

1. Plaintiff does not object to the motion in so far as it seeks to extend the time to file any pretrial materials after the setting of a trial date.

2. Plaintiff objects to the extending of time to attend the trial call in this case and the setting of a trial date. At the hearing in United States Bankruptcy Court on May 25, 2004, both attorney Skalka as attorney for Ohio Machinery and Roberta Napolitano, the Chapter 7 trustee, represented to the Court that the above case pending in United States District Court was pending, would proceed, and would be expediently tried.

-1-

3. The current objection is the fourth attempt to hinder and delay the trial of the within matter and prejudices the Plaintiff.

4. The defendant obtained relief from stay of the bankruptcy court in order to pursue its relief of replevin, but now seeks to hide behind the pendency of the bankruptcy proceedings to delay the trial of the within matter.

5. There is no stay in the bankruptcy court which prohibits this case from moving forward.

6. The chapter 7 trustee has failed to file an appearance in the within matter and at this point has no effect on whether the matter will be tried.

7. Discovery ended more than one (1) year ago and the information obtained during discovery from Defendants has not been updated and is becoming stale.

Dated: June 7, 2004
Greenwich, Connecticut

*[signature]*

MARK STERN, ESQ. (CT01701)
Bleakley Platt & Schmidt, LLP
66 Field Point Avenue
Greenwich, CT 06830
(203) 661-5222 FAX (203) 661-1197

## CERTIFICATE OF SERVICE

STATE OF CONNECTICUT   }
                       : ss.
COUNTY OF FAIRFIELD    }

I, MARK STERN, certify and affirm that I caused copies of the attached **OBJECTION TO MOTION TO EXTEND TIME TO SUBMIT JOINT TRIAL MEMORANDUM** to be served upon the parties in the manner described below on June 7, 2004:

BY:   U.S. MAIL, POSTAGE PRE-PAID

Douglas S. Skalka, Esq.
Simon I. Allentuch, Esq.
Neubert, Pepe & Monteith
195 Church Street
13th Floor
New Haven, CT 06510

Dated:   June 7, 2004
         Norwalk, Connecticut          By: _____
                                           MARK STERN, Esq.
                                           Attorney for Plaintiff