UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECYCLED CONSTRUCTION MATERIALS, INC.

v.                                                    Case No. 3:02 cv 211 (SRU)

OHIO MACHINERY COMPANY

## APPEARANCE

Please enter the appearance of Attorney Michael J. Leventhal on behalf of the Plaintiff, Recycled Construction Materials, Inc.

Dated this 2nd day of August 2004 at Westport, CT.

By /s/ Michael J. Leventhal
Michael J. Leventhal
155 Post Road East
Westport, CT 06881-0469
Tel. (203) 227-9751
Fax  (203) 227-9753
Email: attyleventhal@sbcglobal.net
CT 03119

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the foregoing was mailed via U.S. mail first class postage prepaid to the following counsel of record on this the 2nd day of August 2004:

Mark Stern, Esq.
Bleakley, Platt & Schmidt, LLP
66 Field Point Avenue
Greenwich, CT 06830

Douglas Skalka, Esq.
Neubert Pepe & Monteith, PC
195 Church Street, 13th Floor
New Haven, CT 06510


                                              Michael J. Leventhal (CT 03119)