**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

Recycled Const. Materials, Inc.

    v.                                             3:02 CV211  SRU

Ohio Machinery Co.

    v.

Recycled Const. Materials, Inc.

**JUDGMENT**

Notice having been sent to all counsel of record on August 18, 2004, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before September 11, 2004.

No closing papers having been received and no requests for continuance having been received, it is hereby,

ORDERED that the complaint and cross-claim on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 8th day of October, 2004.

                                                          KEVIN F. ROWE, Clerk

                                                          By    /s/ Alice Montz
                                                                             Deputy Clerk