UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

RECYCLED CONSTRUCTION
MATERIALS, INC.,

    Plaintiff-Appellant,

v.

OHIO MACHINERY COMPANY,

    Defendant-Appellee.

Docket No. 039257

FILED
2005 JAN 24 P 2:51
U.S. DISTRICT COURT
NEW HAVEN

FILED JAN 12 2005
UNITED STATES COURT OF APPEALS SECOND CIRCUIT

### STIPULATION AND ORDER OF DISCONTINUANCE

The undersigned hereby stipulate that the above captioned appeal is hereby withdrawn with prejudice, without costs, and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

ATTORNEY FOR APPELLANT

_____
Michael J. Leventhal, Esq.
Law Offices of Michael J. Leventhal

ATTORNEY FOR APPELLEE

_____
Douglas S. Skalka, Esq. (ct00616)
Neubert, Pepe, & Monteith, P.C.

SO ORDERED.

Dated: Jan. 12, 2005

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Frank J. Scardilli, Staff Counsel /sr

CERTIFIED: 1/14/05

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____ Tammy Martine _____
DEPUTY CLERK